**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LIFEPORT SCIENCES LLC, and | ) | |
| LIFESCREEN SCIENCES LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 13-362-GMS |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| COOK INCORPORATED and | ) | |
| COOK MEDICAL INCORPORATED, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF RICHARD L. HORWITZ IN SUPPORT OF
DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

I, Richard L. Horwitz, hereby declare:

1.      I am an attorney admitted to practice before this Court, and a member of the Bar of the State of Delaware.  I am a shareholder with the law firm of Potter Anderson & Corroon LLP, counsel of record for Defendants, Cook Incorporated and Cook Medical Incorporated (collectively "Defendants"), in this action.  I submit this Declaration in support of Defendants' Motion For Judgment On The Pleadings Re U.S. Patent No. 6,858,034, ("Motion For Judgment On The Pleadings"), filed contemporaneously with this Declaration in the above-captioned case.

2.      Exhibit 1 to this Declaration is a true and correct copy of email correspondence between Kevin Flannery and Dominic Zanfardino dated March 11 and 12, 2013.

3.      Exhibit 2 to this Declaration is a true and correct copy of Exhibit 21 to the Form 10-K (Fiscal Year Ending December 31, 2013) for Boston Scientific Corporation, obtained at http://phx.corporateir.net/phoenix.zhtml?c=62272&p=irol-reportsannual (last visited June 13, 2014).

Executed this 16th day of June, 2014, at Wilmington, Delaware.  I declare under penalty of perjury that the foregoing is true and correct.


By:   */s/ Richard L. Horwitz*
      Richard L. Horwitz (#2246)

1156050/39841

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on June 16, 2014, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 16, 2014, the attached document was Electronically Mailed to the following person(s):

Brian E. Farnan
Rosemary J. Piergiovanni
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
rpiergiovanni@farnanlaw.com

Martin J. Black
Kevin M. Flannery
Derek J. Brader
Dechert LLP
Cira Centre 2929 Arch Street
Philadelphia, PA 19104
martin.black@dechert.com
kevin.flannery@dechert.com
derek.brader@dechert.com

Philip C. Ducker
Dechert LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA  94040-1499
philip.ducker@dechert.com

By:   /s/ Richard L. Horwitz
      Richard L. Horwitz
      David E. Moore
      Erich W. Struble
      POTTER ANDERSON & CORROON LLP
      Tel:  (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com
      estruble@potteranderson.com

1102398/39481